PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Istra Perez**            **Docket No. 5:14-CR-131-1 D**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Robert K. Britt, probation officer of the court, presenting an official report upon the conduct of defendant, Istra Perez, who was placed under pretrial release supervision by the Honorable James C. Dever III, Chief U.S. District Judge, sitting in the Court at Raleigh, NC, on the 18th day of August, 2014, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: to and from ND Illinois and EDNC and within ND Illinois.

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: no contact with Kendrick Paige, codefendant, except concerning child custody and child support.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

Istra Perez
Docket No. 5:14-CR-131-1
Petition For Action
Page 2

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is being supervised in the Northern District of Illinois pending sentencing in our district. U.S. Probation Officer Traci Fegre advises that Ms. Perez was recommended for a mental health assessment while receiving her substance abuse evaluation. It is believed that she can receive benefit from mental health counseling. It is therefore recommended that the conditions of release be modified to include a mental health condition. The United States Attorney and her defense attorney have been contacted in reference to this and voiced no objection.

**PRAYING THAT THE COURT WILL ORDER:**

The defendant shall participate in a program of mental health treatment, as directed by the probation office.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Robert K. Britt
Robert K. Britt
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: September 22, 2014

**ORDER OF COURT**

Considered and ordered this **23** day of **September**, 2014, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge